1080

[No. 57668-2-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH PRESCOTT SOKIMI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06765-5, Brian D. Gain, J., entered January 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57695-0-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LIONEL BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11487-4, Michael J. Fox, J., entered February 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57717-4-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT DALE LOVEJOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10352-1, Douglass A. North, J., entered January 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57793-0-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL COX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10417-8, Suzanne M. Barnett, J., entered February 22, 2006. *Affirmed* by unpublished per curiam opinion.